IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

CLINTON GOODRICH and RUTH           )
GOODRICH, Husband and Wife,         )
                                    )
        Plaintiffs,                )        4:08CV3070
                                    )
   v.                               )
                                    )
                                    )
ARGENT MORTGAGE COMPANY, LLC,       )        ORDER
FIRST SOURCE MORTGAGE CORP., and    )
CITI RESIDENTIAL LENDING, INC.,     )
                                    )
        Defendants.                )

IT HEREBY IS ORDERED:

1. Plaintiffs' counsel's motions to withdraw, filings 18 and 19, are granted, effective upon the filing of an affidavit or certificate of service to the effect that a copy of this order has been promptly served upon the plaintiffs, showing the date of such service.

2. Plaintiffs are given thirty days from the date of this order in which to obtain the services of substitute counsel and have that attorney file an appearance in this case, or, alternatively, to notify the court, by pleading, that they will proceed in this case without counsel. Failure to take one of these actions may result in the dismissal of this case.

DATED June 18, 2008

BY THE COURT:

    s/ *David L. Piester*
    United States Magistrate Judge