IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CLINTON GOODRICH, Husband,  )
and RUTH GOODRICH, Wife,    )
                            )
            Plaintiffs,     )           4:08CV3070
                            )
      v.                    )
                            )
ARGENT MORTGAGE COMPANY, LLC, )         ORDER
FIRST SOURCE MORTGAGE CORP., )
and CITI RESIDENTIAL LENDING, )
INC.,                       )
                            )
            Defendants.     )
                            )

    The records of the court show that on May 6, 2008 (filing 15) a text notice was electronically mailed to all counsel of record by the Office of the Clerk as follows:

>       TEXT NOTICE REGARDING CORPORATE DISCLOSURE
>       STATEMENT by Deputy Clerk as to Defendant
>       Citi Residential Lending, Inc.  Pursuant to
>       Fed. R. Civ. P. 7.1, non-governmental
>       corporate parties are required to file
>       Corporate Disclosure Statements (Statements).
>       The parties shall use the form Corporate
>       Disclosure Statement, available on the Web
>       site of the court at
>       http://www.ned.uscourts.gov/forms/.  If you
>       have not filed your Statement, you must do so
>       within 15 days of the date of this notice.
>       If you have already filed your Statement in
>       this case, you are reminded to file a
>       Supplemental Statement within a reasonable
>       time of any change in the information that
>       the statement requires.

    As of this date, no Statement has been filed.

IT THEREFORE HEREBY IS ORDERED,

Counsel for Citi Residential Lending, Inc. shall file the Corporate Disclosure Statement on or before August 27, 2008 or show cause by written affidavit why they cannot comply with the rules of the court.

DATED this 5th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge