IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLINTON GOODRICH and RUTH GOODRICH, ) ) ) | |
| Plaintiffs, ) | 4:08CV3070 |
| ) v. ) ) | |
| ARGENT MORTGAGE COMPANY, LLC, FIRST SOURCE MORTGAGE CORP., and CITI RESIDENTIAL LENDING, INC., ) ) ) ) ) | REASSIGNMENT ORDER |
| Defendants. ) ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to Senior Judge Warren K. Urbom for disposition and to the Pro Se Docket for judicial supervision and processing of all pretrial matters.

DATED this 7th day of August, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge