IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLINTON GOODRICH, Husband, and RUTH GOODRICH, Wife, | ) ) ) | 4:08CV3070 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **MEMORANDUM AND ORDER** |
| CITI RESIDENTIAL LENDING, Inc., et al., | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion to Continue Pretrial. (Filing No. 42.) For good cause shown, the plaintiff's Motion to Continue Pretrial is granted.

IT IS THEREFORE ORDERED that:

1. the plaintiff's Motion to Continue Pretrial (filing no. 42) is granted.
2. because the plaintiffs have retained counsel, this matter is no longer assigned to the pro se docket.
3. this case remains assigned to the undersigned district judge. However, District Judge Richard Kopf will handle pretrial management in this matter, in accordance with NEGenR 1.4(a)(2) and NECivR 72.1, until a new magistrate judge is appointed. Thus, this matter is reassigned to Richard G. Kopf (REFERRAL JUDGE) and a new progression order will be entered in this matter.
4. Defendant Citi Residential Lending's Motion to Continue or Dismiss (filing no. 40) is denied as moot.

Dated August 20, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge