IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLINTON GOODRICH, Husband, and RUTH GOODRICH, Wife, | ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3070 |
| V. | ) ) | |
| CITI RESIDENTIAL LENDING, Inc., | ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |

The pretrial conference in this case, previously scheduled for August 18, 2009, did not occur because the plaintiffs retained counsel immediately before it was scheduled to begin. A new progression order is required. Accordingly,

IT IS ORDERED that on or before September 8, 2009, the parties shall jointly file a motion setting forth their proposed deadlines for continued progression of this case to trial, including deadlines for serving mandatory disclosures, disclosing experts and their reports, and completing discovery, and a statement of when the case will be ready for trial.

DATED this 24th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge